IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRINCESS AMINA SALVADOR,
    Plaintiff,

vs.                                                            Case No.: 3:17cv916/LAC/EMT

DEPUTY CUSHENBERRY,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 3, 2018 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of February, 2018.

                            *s/L.A. Collier*
                       **LACEY A. COLLIER**
                       **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv916/LAC/EMT